In re Bizette, Charmaine Marchand et al.; Kennedy, Rebecca Marchand; Mar-chand III, Dudley L.; Marchand, Bonnie A.; Marchand, Brett L.; Marchand, Colleen Comer et al.; Marchand, Collen; Marchand, Wayne M.; Picou, Patricia Marchand; Rome, Donald Francis; Rome, Elodie Granier; St. Pierre Jr., Wayne; — Plaintiff(s); Applying For Writ of Certio-rari and/or Review, Parish of Orleans, Civil District Court Divs. L, B, G, Nos. 2009-8475, 2009-9865, 2009-12001; to the Court of Appeal, Fourth Circuit, Nos. 2010-CA-0476, 2010-CA-0543, 2010-CA-0766.
Denied.
JOHNSON and KNOLL, JJ., would grant.